IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                         Case No. 3:07mj173

ALEKSANDER V. BERMAN,

_____

## INITIAL APPEARANCE

The defendant appeared before the undersigned with _____ without ✓ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised that he/she is before a U.S. Magistrate Judge ✓

2. Advised of the charge or charges ✓

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant; that defendant will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised waiver does not prevent requesting counsel for trial _____

6. Defendant executed CJA 23 ✓

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

-1-

8. Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel _____

9. Defendant admitted financial ability to employ counsel Counsel _____ _____

10. Defendant found to be able to make full or partial payment for appointed counsel _____

11. Federal public defender appointed solely for the purpose of appearing at arraignment _____

12. Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel _____

13. Since before the court on a complaint, defendant was advised of right to preliminary hearing or probable cause finding on the charge(s) ✓

    (a) Advised of right to waive preliminary hearing _____

    (b) Advised of the consequences of waiver of preliminary hearing _____

    (c) Advised of right to subpoena witnesses and produce evidence at preliminary hearing _____

    (d) Advised of the consequence after preliminary hearing _____

    (e) Fix date and time for preliminary hearing (within 10 days if in custody; within 20 days if on bond) ✓

    (f) Waived preliminary hearing _____

14. Defendant advised of right to reasonable bail ✓

15. Order Setting Conditions of Release entered ✓

16. Government moved for detention without bail _____

    (a) Government represented ready for detention hearing immediately _____

(b) Government requested continuance of ___ days (up to and including 3 days)      ___

(c) Defendant advised of right of continuance for up to and including 5 days      ___

(d) Detention hearing scheduled for - 8-24-07 @ 2:00 and Temporary Detention Order entered      ✓

(e) Detention hearing conducted      ___

    1) Order of detention entered      ___

    2) Order Setting Conditions of Release entered      ___

(f) Defendant currently under order of incarceration negating necessity of consideration of detention on this charge(s) at this time      ___


**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


JUDGES NOTES: _____

AUSA present at initial appearance: _T. Essers_

AFPD present at initial appearance: _R. Lockhart_

DATE:   August 22, 2007